UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-626(JMR/RLE)

American Family Mutual Insurance Co.

v.

Grace Fitzpatrick; Shannon Roeger; Brian Roeger; and Brandon Reichert

ORDER TO SHOW CAUSE

The Court reviews this matter sua sponte. Plaintiff seeks declaratory judgment regarding its insurance obligations on a policy with a $300,000 limit. The underlying state court tort action which implicates the policy seeks relief "in an amount in excess of $50,000." Plaintiff is a Wisconsin corporation; defendants are all citizens of Minnesota. This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before May 1, 2000, whether the jurisdictional requirements of 28 U.S.C. § 1332 are satisfied.

Dated: April 4, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED APR 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________