**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

American Family Mutual Insurance Company,

Plaintiff,

vs.

Grace Fitzpatrick, Shannon Roeger, Brian Roeger and Brandon Reichert,

Defendants.

Court File No. 00-CV-626 JMR/RLE

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT GRACE FITZPATRICK WITHOUT PREJUDICE**

---

The parties, through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff American Family commenced this declaratory action to resolve certain insurance coverage issues as more fully set forth in its Complaint;

2. Defendant Grace Fitzpatrick was properly served with the Summons and Complaint in this matter;

3. Plaintiff American Family contends that the policy at issue limits the liability coverage available to Defendant Grace Fitzpatrick to $300,000. Defendant Grace Fitzpatrick denies the allegations of the Complaint, generally, but does not want to appear, defend, or otherwise respond further to this declaratory action, and agrees hereby to be bound by the result of the declaratory action as prosecuted and defended by the other parties. Plaintiff agrees that this does not entitle Plaintiff to take a default judgment on the merits against Grace Fitzpatrick.

4. Grace Fitzpatrick agrees she will participate as necessary as a policyholder and/or fact witness, and will be subject to subpoena as would any other witness.

5. Grace Fitzpatrick agrees this action may proceed to judgment without further notice to her, except notice of final judgment;

**NOW, THEREFORE,** Plaintiff American Family and Defendant Grace Fitzpatrick agree that Fitzpatrick may be dismissed from this action without prejudice.

JUN 13 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
John M. Bjorkman (209831)
Attorney for Plaintiff
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8964

Dated: 5/31/00

By ______________________
Grace Fitzpatrick
*Pro se*
109 South Cypress Street
Cambridge, MN 55008
(612) 552-1126

Dated: 5-31-00

**ORDER**

Based upon the foregoing,

IT IS HEREBY ORDERED:

Plaintiff's claims against Defendant Grace Fitzpatrick are hereby dismissed without prejudice and without further costs to either party.

BY THE COURT:

______________________
~~Honorable Raymond L. Erickson~~
~~UNITED STATE MAGISTRATE JUDGE~~

HONORABLE JAMES M. ROSENBAUM
Judge of U.S. District Court

Dated: June 12, 2000

N:\0000\Fitzpatrick - Stipulation.wpd